# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| MORRIS L. STURDIVANT, | : |
| Plaintiff, | : |
| vs. | :   CA 09-0126-WS-C |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : |
| | : |
| Defendant. | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 19, 2009 is **ADOPTED** as the opinion of this Court.

**DONE** this 8th day of December, 2009.

        s/WILLIAM H. STEELE
        **UNITED STATES DISTRICT JUDGE**