# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| MORRIS L. STURDIVANT, | : |
| Plaintiff, | : |
| vs. | :    CA 09-0126-WS-C |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : |
| | : |
| Defendant. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded reasonable attorney's fees in the amount of $2,561.55 under the Equal Access to Justice Act.

**DONE** this 8th day of April, 2010.

                         s/WILLIAM H. STEELE
                         **CHIEF UNITED STATES DISTRICT JUDGE**